## MOLLESTON v. COOPER.

Court of Common Pleas.  c. 1809–1819.

*Clayton's Notebook, 121.*

It has been determined in Delaware that a sheriff's sale of lands is not within the Statute of Frauds and need not be in writing, on solemn argument in *Molleston v. Cooper,* which was for the purchase money, and plaintiff recovered.   So in *Manlove v. Reynolds* and in *Andrew Barrett v.* [——].[2]

*Ex relatione T. Clayton.*

## HARPER and HARRINGTON v. [——].[3]

Court of Common Pleas.  c. 1809–1819.

*Clayton's Notebook, 121.*

Indemnifying bond entered binds land from date of entry though no actual injury until long after.   Received opinion here.

*Ex relatione T. Clayton.*